UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § § Plaintiff, § VS. § LACED BARBER SALON AND HOLDINGS, § LLC; dba LACED BARBER AND BEAUTY § SALON; dba LACED BARBER SHOP, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:17-CV-02759 |

## **OPINION AND ORDER**

## **ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding is Movant J&J Sports Productions, Inc.'s ("J&J Sports") Motion for Final Default Judgment, Doc. 11; and Judge Stacy's Memorandum and Recommendation that the Court grant the Movant's Motion for Default Judgment, Doc. 14, as to all claims. Defendants 1) Laced Barber Salon and Holdings, LLC, individually and d/b/a Laced Barber and Beauty Salon a/k/a Laced Barber Shop ("Laced Barber Salon"); and 2) Andre Deshane Ratliff, individually and d/b/a Laced Barber and Beauty Salon a/k/a Laced Barber Shop ("Ratliff") (collectively "Defendants") neither responded to the Motion nor did they object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the motion and memorandum are deemed unopposed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that "the facts alleged in [J&J Sports's] Complaint, coupled with the evidence . . . , establish Defendants' violation of 47 U.S.C. § 605 in connection with the interception and transmission of the Event at their commercial establishment." Doc. 14 at 6. The Court also agrees that "Final Default Judgment [should] be entered against Defendants, with Plaintiffs being awarded $6,600 in

statutory damages, $10,000 in additional damages, and $1,000 in attorneys' fees." *Id*. at 9. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation, Doc. 14, is **ADOPTED,** and J&J Sport's Motion for Default Judgment, Doc. 11, is **GRANTED**.

A final judgment shall issue separately.

SIGNED at Houston, Texas, this 21st day of March, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE